No. 299. BICKETT COAL & COKE CO. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Jerry A. Mathews, Josephus C. Trimble,* and *Horace S. Whitman* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch, W. Marvin Smith,* and *J. Robert Anderson* for the United States.

No. 302. CONNER ET AL. *v.* CORNELL ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wm. Neff* for petitioners. *Messrs. W. H. Francis, John Rogers, Leonard A. Lytle, B. B. Blakeney,* and *Hubert Armbrister* for respondents.

No. 304. PRATT CHUCK COMPANY *v.* CRESCENT INSULATED WIRE & CABLE CO. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert B. Honeyman* for petitioner. *Mr. Allen S. Hubbard* for respondent.

No. 306. COOK *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Allen W. Comstock* for petitioner. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 308. KRAUTHOFF *v.* KANSAS CITY JOINT STOCK LAND BANK. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth